UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

SCOTT E WILLS,

DEBTOR.

Case No. 15-10117
Chapter 13

Judge Janet S. Baer

### AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM #5 FILED BY EMC MORTGAGE, LLC

THIS MATTER coming on to be heard on Debtor's Objection to Claim #5 filed by EMC MORTGAGE LLC (hereinafter "Creditor") the Court having jurisdiction over the parties and subject matter, due notice having been given, and the parties having reached an agreement:

IT IS HEREBY ORDERED that the pre-petition arrearage listed in Claim #5 is allowed in the amount of $65,946.18.

AGREED: _____
Laxmi P. Sarathy
Attorney for Debtor

_____
Peter C. Bastianen
Attorney for Creditor

DATED: 10/15/15

ENTER:
_____
UNITED STATES BANKRUPTCY JUDGE

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A File No. (14-10-36850)